UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAN SIMILINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAVIENT SOLUTIONS, INC. f/ka/<br>SALLIE MAE, INC. )<br>)<br>Defendant. ) | No. 4:16-cv-71 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, VAN SIMILINE ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, INC.

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss
SBN: 6281600
Agruss Law Firm, LLC
4611 N. Ravenswood Ave.
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On February 3, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense counsel, Justin Optiz, at jopitz@mcguirewoods.com.

By:/s/Michael S. Agruss
Michael S. Agruss