United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Van Similine, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-16-71 |
| | § | |
| Navient Solutions, Inc., f/k/a Sallie Mae, Inc., | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Voluntary Dismissal filed on February 3, 2016, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this __4__ day of February, 2016.

DAVID HITTNER
United States District Judge